4. Do you have cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?    ☐ Yes    ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

   10/23/07                        [signature]
   _____                       _____
   DATE                            SIGNATURE OF APPLICANT

   **CERTIFICATE**
   (To be completed by the institution of incarceration)

   I certify that the applicant named herein has the sum of $ -409.81 on account to his/her credit at CSP- Los Angeles County (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ .10¢ . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ Ø .

   (Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

   10-26-07                        K.H.George ACII
   _____                       _____
   DATE                            SIGNATURE OF AUTHORIZED OFFICER

14

28

```
ORT ID: TS3030  .701                              REPORT DATE: 10/26/07
                                                  PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIF. STATE PRISON, LA COUNTY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: MAY 01, 2007 THRU OCT. 26, 2007
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _K.M. George ACII_____
    TRUST OFFICE

```
OUNT NUMBER : V34099              BED/CELL NUMBER: FA040000000134L
OUNT NAME   : WILLIAMS, JOHNWESLEY    ACCOUNT TYPE: I
VILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
    TRAN
  E CODE DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
   ----  -----------   -------    ---------  --------  -----------  -------

 01/2007  BEGINNING BALANCE                                           0.59

 24 W501 SHIPPING CHAR 4815/4317                          0.59        0.00


                          CURRENT HOLDS IN EFFECT
  DATE    HOLD
  LACED   CODE       DESCRIPTION           COMMENT       HOLD AMOUNT
  ------  ----   -----------------------  -----------    -----------

 24/2007  H106   UNITED PARCEL SERVICE HOLD  4815/4317        5.88
 20/2007  H107   POSTAGE HOLD                700902           1.40
 10/2007  H109   LEGAL POSTAGE HOLD          1227/10-10       0.41
 10/2007  H109   LEGAL POSTAGE HOLD          1227/10-10       0.41
 10/2007  H109   LEGAL POSTAGE HOLD          1227/10-10       0.41
 10/2007  H109   LEGAL POSTAGE HOLD          1227/10-10       1.65
 10/2007  H109   LEGAL POSTAGE HOLD          1227/10-10       0.58
 10/2007  H109   LEGAL POSTAGE HOLD          1227/10-10       0.58
 10/2007  H109   LEGAL POSTAGE HOLD          1227/10-10       1.82
 26/2007  H109   LEGAL POSTAGE HOLD          1511/10-26       1.65
 26/2007  H118   LEGAL COPIES HOLD           1513/10-26       3.00
 26/2007  H118   LEGAL COPIES HOLD           1513/10-26      58.40
 26/2007  H118   LEGAL COPIES HOLD           1513/10-26      17.00
 26/2007  H118   LEGAL COPIES HOLD           1513/10-26      10.40
 26/2007  H118   LEGAL COPIES HOLD           1513/10-26      31.80
 01/2007  H109   LEGAL POSTAGE HOLD          1597/11-01       0.41
 01/2007  H109   LEGAL POSTAGE HOLD          1597/11-01       0.41
 01/2007  H109   LEGAL POSTAGE HOLD          1597/11-01       0.41
 01/2007  H109   LEGAL POSTAGE HOLD          1597/11-01       0.41
 01/2007  H109   LEGAL POSTAGE HOLD          1597/11-01       0.58
 01/2007  H109   LEGAL POSTAGE HOLD          1597/11-01       0.58
 01/2007  H109   LEGAL POSTAGE HOLD          1597/11-01       0.41
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       0.58
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       0.58
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       5.70
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       0.75
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       0.58
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       5.70
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       5.70
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       0.58
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       0.41
 04/2007  H109   LEGAL POSTAGE HOLD          1663/11-04       0.58
 05/2007  H118   LEGAL COPIES HOLD           1705/11-05      20.80
 05/2007  H118   LEGAL COPIES HOLD           1705/11-05      31.40
 05/2007  H118   LEGAL COPIES HOLD           1705/11-05       3.60
```

```
                    CALIF. STATE PRISON, LA COUNTY
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: MAY 01, 2007 THRU OCT. 26, 2007

 : U34099      ACCT NAME: WILLIAMS, JOHNWESLEY         ACCT TYPE: I


                       CURRENT HOLDS IN EFFECT
DATE       HOLD
PLACED     CODE     DESCRIPTION           COMMENT       HOLD AMOUNT
-------    ----    -------------------  -----------    ------------
09/2007    H109    LEGAL POSTAGE HOLD    1744/11-09         0.58
09/2007    H109    LEGAL POSTAGE HOLD    1744/11-09         0.58
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.41
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.41
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.92
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         1.48
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         2.50
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.41
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.41
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.58
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.41
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.41
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.41
15/2007    H109    LEGAL POSTAGE HOLD    1862/11-15         0.41
15/2007    H118    LEGAL COPIES HOLD     1864/11-15        20.50
15/2007    H118    LEGAL COPIES HOLD     1864/11-15         5.50
19/2007    H109    LEGAL POSTAGE HOLD    1964/11-19         7.35
19/2007    H109    LEGAL POSTAGE HOLD    1964/11-19         0.75
19/2007    H109    LEGAL POSTAGE HOLD    1964/11-19         0.58
19/2007    H109    LEGAL POSTAGE HOLD    1964/11-19         0.58
19/2007    H109    LEGAL POSTAGE HOLD    1964/11-19         0.58
19/2007    H109    LEGAL POSTAGE HOLD    1964/11-19         0.58
23/2007    H118    LEGAL COPIES HOLD     1997/11-23        12.60
23/2007    H118    LEGAL COPIES HOLD     1997/11-23        13.10
23/2007    H118    LEGAL COPIES HOLD     1997/11-23        69.40
24/2007    H109    LEGAL POSTAGE HOLD    2018/11-24         0.41
24/2007    H109    LEGAL POSTAGE HOLD    2018/11-24         0.41
25/2007    H118    LEGAL COPIES HOLD     2045/11-25        46.40
25/2007    H109    LEGAL POSTAGE HOLD    2046/11-25         4.60
25/2007    H109    LEGAL POSTAGE HOLD    2046/11-25         0.41
25/2007    H109    LEGAL POSTAGE HOLD    2046/11-25         0.58

                         TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT     HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
---------    --------    -----------   --------    -------    ------------
   0.59        0.00         0.59         0.00      409.81          0.00


                                                   CURRENT
                                                   AVAILABLE
                                                   BALANCE
                                                   ---------
                                                     409.81-
```

NAME and NUMBER: Williams, Johnwesley V31099  A4 134L   CDC-128-B

DESCRIPTION:

I hereby acknowledge receipt of a certified six (6) month trust account printout.

_____                    _____ 10-30-07
Inmate Signature                            Counselor Signature

Original: Central File
  cc: Inmate
      Trust Office

Date: 10-26-07            CSP-LAC                    GENERAL CHRONO