FILED
08 JAN 25 PM 3:58
[stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Williams,
        Plaintiff,

vs.

Warden Haws, et al.,
        Defendant.

CASE NO CV-08-0160 JSW

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, John Williams, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____/_____ Net: ___/_____

Employer: _____/_____

_____/_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                     Yes ___ No ✗
10         self employment
11     b.   Income from stocks, bonds,                  Yes ___ No ✗
12         or royalties?
13     c.   Rent payments?                              Yes ___ No ✗
14     d.   Pensions, annuities, or                     Yes ___ No ✗
15         life insurance payments?
16     e.   Federal or State welfare payments,          Yes ___ No ✗
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.  Are you married?                                 Yes ___ No ✗
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                   - 2 -

1      b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _____
6  _____
7  5.     Do you own or are you buying a home?     Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.     Do you own an automobile?     Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.     Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.     What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____    $ _____    $ _____
27 _____    $ _____    $ _____
28 _____    $ _____    $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  1·15·08                              [signature]
17     DATE                              SIGNATURE OF APPLICANT

1
2                                           Case Number: CV-08-0160 JSW
3
4
5
6
7
8                      **CERTIFICATE OF FUNDS**
9                                 **IN**
10                      **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _John Williams_ for the last six months
                                     [prisoner name]
14 _CSP-Los Angeles_ where (s)he is confined.
       [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $_____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____                          _____
                                             [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -

John Williams #V-34098
CSP Los Angeles
P.O. Box 4670
Lancaster Calif 93539

To: U.S. District Court
    Northern District of Calif
    Richard W. Wieking
    Deputy Clerk

RE: Fee Waiver Application
    January 18, 2008

Dear Deputy Clerk,

Please do not punish me for prison officials repeated refusal to process my fee waiver application according to court rules.

Upon delivery of my fee waiver application they told me the signature on the printout is the certification. I told them otherwise but I'm just an inmate!

Sincerely


REPORT ID: TS3030.701                           REPORT DATE: 11/20/07
                                                PAGE NO:        1

              CALIFORNIA DEPARTMENT OF CORRECTIONS
              CHUCK. STATE PRISON, LA COUNTY
              INMATE TRUST ACCOUNTING SYSTEM
              INMATE TRUST ACCOUNT STATEMENT

         FOR THE PERIOD: JUN. 01, 2007 THRU NOV. 20, 2007

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY K.H. George ACII
TRUST OFFICE

ACCOUNT NUMBER:  V13074              BED/CELL NUMBER: LAB0000000012A
ACCOUNT NAME  :  WILLIAMS, JOHNNIELEE ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                       TRUST ACCOUNT ACTIVITY

                   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                       CURRENT HOLDS IN EFFECT

  DATE     HOLD
  PLACED   CODE    DESCRIPTION                 COMMENT        HOLD AMOUNT
  -------  ----    --------------------------  -----------    -----------
  05/24/2007 H106  UNITED PARCEL SERVICE HOLD  4615/4217          5.35
  06/20/2007 H107  POSTAGE HOLD                792/462            1.43
  06/26/2007 H109  LEGAL POSTAGE HOLD          2045/11-20         0.58
  06/26/2007 H109  LEGAL POSTAGE HOLD          2045/11-21         0.41
  07/11/2007 H109  LEGAL POSTAGE HOLD          2045/11-23         7.40
  07/24/2007 H109  LEGAL POSTAGE HOLD          2045/11-24         0.17
  07/26/2007 H109  LEGAL POSTAGE HOLD          2045/11-24         0.58
  08/24/2007 H109  LEGAL POSTAGE HOLD          2045/11-24         1.06
  09/20/2007 H109  LEGAL POSTAGE HOLD          2045/11-26         2.33
  08/28/2007 H109  LEGAL POSTAGE HOLD          2045/11-26         5.20
  09/25/2007 H109  LEGAL POSTAGE HOLD          2045/11-26         7.52
  10/17/2007 H109  LEGAL POSTAGE HOLD          2036/12-07         1.90
  10/31/2007 H109  LEGAL POSTAGE HOLD          2194/11-08         0.82
  11/01/2007 H109  LEGAL POSTAGE HOLD          2094/12-08         0.41
  11/05/2007 H109  LEGAL POSTAGE HOLD          2094/11-08         0.41
  11/13/2007 H109  LEGAL POSTAGE HOLD          2275/12-13         0.58
  11/15/2007 H109  LEGAL POSTAGE HOLD          2275/11-13         1.39
  11/19/2007 H109  LEGAL POSTAGE HOLD          ...                ...
  11/20/2007 H109  LEGAL POSTAGE HOLD          ...               14.64
  11/20/2007 H109  LEGAL POSTAGE HOLD          ...                ...

                       TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL      TOTAL        CURRENT    HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
  ---------    --------   -----------  -------    -------    ------------
    0.00         0.00        0.00       0.00       45.95        0.00

                                                CURRENT
                                                AVAILABLE
                                                BALANCE
                                                ---------
                                                  45.95-

```
REPORT ID: TS3030 .701                              REPORT DATE: 01/07/08
                                                    PAGE NO:         1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON, LA COUNTY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 07, 2008

ACCOUNT NUMBER  : V34099              BED/CELL NUMBER: FAB4000000000105U
ACCOUNT NAME    : WILLIAMS, JOHNWESLEY    ACCOUNT TYPE: I
PRIVILEGE GROUP : B
                            TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT

   DATE        HOLD
  PLACED       CODE      DESCRIPTION             COMMENT      HOLD AMOUNT
 ----------    ----    --------------------    -----------   -----------
 05/24/2007    H106    UNITED PARCEL SERVICE HOLD  4815/4317       5.88
 08/20/2007    H107    POSTAGE HOLD                700902          1.40
 12/03/2007    H109    LEGAL POSTAGE HOLD          2613/01-03      0.40
 12/03/2007    H109    LEGAL POSTAGE HOLD          2613/01-03      1.65
 12/06/2007    H109    LEGAL POSTAGE HOLD          2690/01-06      1.65
 12/06/2007    H109    LEGAL POSTAGE HOLD          2690/01-06      4.60
 12/06/2007    H109    LEGAL POSTAGE HOLD          2690/01-06      0.80
 12/06/2007    H109    LEGAL POSTAGE HOLD          2690/01-06      0.97
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      1.82
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      1.13
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      4.60
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      4.60
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      4.60
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      0.97
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      0.97
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      4.60
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      4.60
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      4.60
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      1.14
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      1.14
 12/10/2007    H109    LEGAL POSTAGE HOLD          2747/01-10      5.05
 12/12/2007    H109    LEGAL POSTAGE HOLD          2778/01-12      0.92
 12/12/2007    H109    LEGAL POSTAGE HOLD          2778/01-12      0.97
 12/12/2007    H109    LEGAL POSTAGE HOLD          2778/01-12      0.92
 12/12/2007    H109    LEGAL POSTAGE HOLD          2778/01-12      2.33
 12/12/2007    H109    LEGAL POSTAGE HOLD          2778/01-12      0.92
 12/14/2007    H109    LEGAL POSTAGE HOLD          2836/01-14      1.82
 12/14/2007    H109    LEGAL POSTAGE HOLD          2836/01-14      1.31
 12/14/2007    H109    LEGAL POSTAGE HOLD          2836/01-14      1.14
 12/14/2007    H109    LEGAL POSTAGE HOLD          2836/01-14      2.84
 12/14/2007    H109    LEGAL POSTAGE HOLD          2836/01-14      1.14
 12/19/2007    H109    LEGAL POSTAGE HOLD          2903/01-19      1.14
 12/19/2007    H109    LEGAL POSTAGE HOLD          2903/01-19      1.48
 12/19/2007    H109    LEGAL POSTAGE HOLD          2903/01-19      1.99
 12/19/2007    H109    LEGAL POSTAGE HOLD          2903/01-19      1.14
 12/19/2007    H109    LEGAL POSTAGE HOLD          2903/01-19      2.33
 12/19/2007    H109    LEGAL POSTAGE HOLD          2903/01-19      1.48
 12/19/2007    H109    LEGAL POSTAGE HOLD          2903/01-19      1.48
 12/20/2007    H109    LEGAL POSTAGE HOLD          2950/01-20      0.41
 12/20/2007    H109    LEGAL POSTAGE HOLD          2950/01-20      1.31
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] ACII
TRUST OFFICE

```
REPORT ID: TS3030  .701                          REPORT DATE: 01/07/08
                                                 PAGE NO:      2

                    CALIF. STATE PRISON, LA COUNTY
                    INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 07, 2008

ACCT: V34099    ACCT NAME: WILLIAMS, JOHNWESLEY      ACCT TYPE: I
```

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 12/20/2007 | H109 | LEGAL POSTAGE HOLD | 2950/01-20 | 1.82 |
| 12/20/2007 | H109 | LEGAL POSTAGE HOLD | 2950/01-20 | 3.35 |
| 12/20/2007 | H109 | LEGAL POSTAGE HOLD | 2950/01-20 | 18.50 |
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 3026/01-27 | 0.97 |
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 3026/01-27 | 1.82 |
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 3026/01-27 | 1.82 |
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 3026/01-27 | 1.99 |
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 3026/01-27 | 0.41 |
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 3026/01-27 | 0.41 |
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 3026/01-27 | 0.97 |
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 3026/01-27 | 2.16 |
| 01/02/2008 | H109 | LEGAL POSTAGE HOLD | 3072/02-02 | 0.58 |
| 01/02/2008 | H109 | LEGAL POSTAGE HOLD | 3072/02-02 | 0.58 |
| 01/02/2008 | H109 | LEGAL POSTAGE HOLD | 3072/02-02 | 0.58 |
| 01/02/2008 | H109 | LEGAL POSTAGE HOLD | 3072/02-02 | 0.97 |
| 01/02/2008 | H109 | LEGAL POSTAGE HOLD | 3072/02-02 | 0.75 |
| 01/02/2008 | H109 | LEGAL POSTAGE HOLD | 3072/02-02 | 0.75 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 122.67 | 0.00 |

```
                                        CURRENT
                                        AVAILABLE
                                        BALANCE
                                        ----------
                                          122.67-
```